IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS,

    Plaintiff,　　　　　　　　　　No. CIV S-05-0555 GEB GGH P

    vs.

JEANNE S. WOODFORD, et al.,

    Defendants.

_____/　　　　ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2005, the court dismissed the complaint with leave to amend. Pending before the court is the amended complaint filed April 21, 2005.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Jeanne Woodford, Thomas L. Carey, Arnold Schwarzenegger.

        2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 21, 2005.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed complaint filed April 21, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 5/25/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ro555.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS,

    Plaintiff,

vs.

JEANNE S. WOODFORD, et al.,

    Defendants.

    /

No. CIV S-05-0555 GEB GGH P

NOTICE OF SUBMISSION

OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __3__    completed USM-285 forms

    __4__    copies of the _____
                       Complaint/Amended Complaint

DATED:

                                                       Plaintiff