1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GEORGE DENNIS ROUNDS,

11              Plaintiff,                    No. CIV S-05-0555 GEB GGH P

12         vs.

13    JEANNE S. WOODFORD, et al.,

14              Defendants.                   ORDER

15    _____/

16              By order filed June 19, 2006, defendants' September 26, 2005, motion to dismiss

17    was granted and plaintiff was granted thirty days to file a second amended complaint.  The thirty

18    day period expired and plaintiff did not file a second amended complaint or otherwise respond to

19    the court's order.  Accordingly, on September 7, 2006, the court recommended that this action be

20    dismissed.

21              On September 21, 2006, plaintiff filed objections to the findings and

22    recommendations.  These objections address the June 19, 2006, order granting defendants'

23    motion to dismiss.  Plaintiff does not address his failure to file an amended complaint.  In any

24    event, the court will vacate the September 21, 2006, findings and recommendations and grant

25    plaintiff an opportunity to file an amended complaint.

26    /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The September 7, 2006, findings and recommendations are vacated;

2.  Plaintiff is granted thirty days from date of this order to file an amended complaint; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 10/18/06                              /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rou555.vac

2