IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS,

    Plaintiff,                   No. CIV S-05-0555 GEB GGH P

    vs.

JEANNE S. WOODFORD, et al.,

    Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2006, plaintiff filed a second amended complaint (Doc. 22), that defendants' requested to be screened on November 20, 2006 (Doc. 24). On December 26, 2006, this court dismissed the second amended complaint (Doc. 25). Plaintiff appealed the ruling and on November 6, 2008, the United States Court of Appeals for the Ninth Circuit, vacated and remanded (Doc. 34). The Court of Appeals found that plaintiff's claims appeared to be colorable. Defendants' must file their response to plaintiff's second amended complaint within 20 days.

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants must file their response to plaintiff's second amended complaint, filed on November 3, 2006 (Doc. 22), within twenty days of the date of this order.

DATED: February 5, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
roun0555.rsp