IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS,

    Plaintiff,      No. CIV S-05-0555 GEB GGH P

  vs.

JEANNE S. WOODFORD, et al.,

    Defendants.      <u>FINDINGS & RECOMMENDATIONS</u>

_____/

       On June 12, 2009, the undersigned granted defendants' motion to dismiss. Plaintiff was granted thirty days to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       For the reasons given in the June 12, 2009, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1 Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

2 within the specified time may waive the right to appeal the District Court's order.

3 DATED: February 22, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ro555.fta